IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02794-MSK-KMT

DERRICK A. DAVIES,

       Plaintiff,

v.

ANTHONY P. YOUNG, in his official capacity as Chairman of the Colorado Board of Parole,

       Defendant.

## JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on September 30, 2013, adopting the Recommendation issued by the Magistrate Judge (**Doc. #25**) and Granting the Defendants' Motion to Dismiss (**Doc. #7**), it is

ORDERED that:

The Recommendation of Magistrate Judge Tafoya (**Doc. #25**) is **ADOPTED**. The Defendants' Motion to Dismiss (**Doc. #7**) is **GRANTED** and all claims in this action are **DISMISSED**. It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

The case is closed.

Dated this 30th day September, 2013.

        ENTERED FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

        s/Nel Steffens
        Deputy Clerk